The Honorable Magistrate Grady J. Leupold

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| AFFORDABLE RESTORATION, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY, a foreign insurance company,<br><br>Defendant. | Case No. 2:24-CV-00654-GJL<br><br>**STIPULATED MOTION TO DISMISS** |

Pursuant to CR 41(a)(1)(A)(ii), Plaintiff Affordable Restoration, LLC ("Plaintiff") and Defendant Allstate Vehicle and Property Insurance Company ("Defendant"), by and through their respective undersigned counsel, stipulate that the above-captioned action and all claims and causes of action asserted by Plaintiff against Defendant therein be dismissed with prejudice and without attorneys' fees or costs to any party.

//

//

//

//

//

DATED this 30th day of May, 2025.

        FOX ROTHSCHILD LLP

*s/ Bryan J. Case*
Wendy E. Lyon, WSBA #34461
Bryan J. Case, WSBA #41781
Grace Wan, WSBA #61427
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: wlyon@foxrothschild.com
      bcase@foxrothschild.com
      gwan@foxrothschild.com

*Attorneys for Defendant Allstate Vehicle and Property Insurance Company*

FOREMAN STURM & THEDE LLP

*s/ Scott MacLaren*
Nicholas A. Thede, WSBA #43765
Scott Andrew MacLaren, WSBA #53241
3519 NE 15th Avenue, Ste. 489
PO Box 13098
Portland, OR  97212
Ph 503-206-5824
Email: nick.thede@foremansturm.com
scott@foremantsturm.com

*Attorneys for Plaintiff*