UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AFFORDABLE RESTORATION, LLC,<br><br>                Plaintiff,<br>    v.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>                Defendant. | CASE NO. 2:24-cv-00654-GJL<br><br>ORDER ON STIPULATED MOTION TO DISMISS |

This matter is before the Court on the parties' Stipulated Motion to Dismiss. Dkt. 19. In the Motion, the parties stipulate that all claims and causes of action asserted in Plaintiffs' Complaint may and should be dismissed with prejudice and without an award of costs. *Id*.

Having considered the stipulation of the parties, the Court hereby **ORDERS** that the Stipulated Motion to Dismiss (Dkt. 19) is **GRANTED** and this case is **DISMISSED with prejudice and without costs**.

Dated this 2nd day of June, 2025.

Grady J. Leupold
United States Magistrate Judge

ORDER ON STIPULATED MOTION TO DISMISS - 1